UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES L. MOSS | CIVIL ACTION NO. 10-cv-0023 |
| VERSUS | JUDGE HICKS |
| HARTFORD LIFE & ACCIDENT INSURANCE CO., ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Plaintiff filed a Motion to Compel Production of Documents (Doc. 28). His counsel has advised the court that the parties have resolved the issues presented in the motion. Accordingly, the motion is denied as moot.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 13th day of April, 2011.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE